AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID JONATHAN LIBEMDAY<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:24-mj-00116<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2024__ in the county of __Polk__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See the attached affidavit of FBI Special Agent Irvine Johnstone.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Irvine Johnstone, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:40__ a.☒/p.m.

Date: __June 6, 2024__

*Judge's signature*

City and state: __Portland, Oregon__      Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*